ORIGINAL

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

THOMAS E. PEREZ
Assistant Attorney General
U.S. Department of Justice
Civil Rights Division

LODGED
NOV 04 2011
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 07 2011

at 3 o'clock and 35 min. P M
SUE BEITIA, CLERK

Daniel H. Weiss
Trial Attorney
Human Trafficking Prosecution Unit
Criminal Section, Civil Rights Division
601 D Street, NW
Washington, DC 20530
(202) 616-6594
Daniel.Weiss@usdoj.gov

Hilary Axam #77161 (Pennsylvania)
Director
Human Trafficking Prosecution Unit
Criminal Section, Civil Rights Division
601 D Street, NW
Washington, DC 20530
(202) 514-3204
Hilary.Axam@usdoj.gov

Kristy Parker #18790 (Kansas)
Deputy Chief
Criminal Section, Civil Rights Division
601 D Street, NW
Washington, DC 20530
(202) 616-6594
Kristy.Parker@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>SIEW KHIONG KHOO<br>    A/K/A William Khoo  (03)<br><br>        Defendant. | CR. NO. 09-00345 SOM<br><br>ORDER FOR DISMISSAL |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the First Superseding Indictment against Defendant Kiew Khiong Khoo, a/k/a William Khoo, on the grounds that prosecution is declined in the interests of justice.

The defendant is not in custody on the dismissed charges listed above.

DATED:   November 4, 2011, at Honolulu, Hawaii.

> FLORENCE T. NAKAKUNI
> United States Attorney
> District of Hawaii
>
> THOMAS E. PEREZ
> Assistant Attorney General
> U.S. Department of Justice
> Civil Rights Division
>
> By _____
> HILARY AXAM
> Director
>
> _____
> KRISTY PARKER
> Deputy Chief

Leave of court is granted for the filing of the foregoing dismissal.

APPROVED AND SO ORDERED.

DATED: November 7, 2011, at Honolulu, Hawaii.

_____
SUSAN OKI MOLLWAY
Chief, U.S. District Judge

UNITED STATES V. ALEC SOUPHONE SOU, ET AL.
Cr. No. 09-00345 SOM
"Order for Dismissal"